IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Southern DIVISION

JOAQUIN SUAREZ

v.

SOUTHERNCARLSON

NO. 7:22-CV-21-D

COMPLAINT

Plaintiff resides at:
309 FOXWOOD LN
WILMINGTON, NC 28409

Defendant(s)' name(s) and address(es), if known:
SOUTHERNCARLSON, INC.
10840 HARNEY STREET
OMAHA, NE 68154

LOCAL STORE WHERE I WORKED:
3240 US-421 SUITE A
WILMINGTON, NC 28401

1

Jurisdiction in this court is based on:

TITLE VII OF THE CIVIL RIGHTS ACT OF 1964. THIS LAW MAKES IT ILLEGAL TO DISCRIMINATE AGAINST SOMEONE ON THE BASIS OF RACE, COLOR, AGE, RELIGION, SEX, NATIONAL ORIGIN.

The acts complained of in this suit concern:

RACE AND AGE DISCRIMINATION. NON PAID WAGES FOR WORKING AN ADDED RESPONSABILITY OF MANAGING STORE SINCE MANAGER LEFT ON MID-SEPTEMBER 2019 THRU APRIL 24, 2020. ALSO HARRASMENT AND ABUSES.

BRIEF DESCRIPTION: I AM HISPANIC WHILE WORKING FOR SOUTHERN CARLSON FROM DECEMBER 20, 2018 THRU APRIL 24, 2020. WE WERE 2 FULL TIME EMPLOYEES, MY MANAGER OSCAR ZENO AND I. IN MID SEPTEMBER 2019 MY MANAGER TOOK 2 WEEKS OFF AND THEN LEFT THE COMPANY. HIS MANAGER ZACH COOK INSTRUCTED HIM TO LEAVE ME IN CHARGE OF MANAGING AND RUNNING THE STORE BY MYSELF. I NEVER RECEIVED A PAY INCREASE OR

POSITION CHANGE/PROMOTION FOR ADDITIONAL RESPONSABILITES. I ASKED ALL HIGHER MANAGERS (ZACK COOK, KEVIN TRIPPIE, SEAN GEBHART AND ANDREI MILITARU) FOR PAY INCREASE ACCORDING TO EXTRA POSITION RESPONSABILITIES, POSITION CHANGE AND ALSO A HELPER AND THEY ONLY PROMISED TO LOOK INTO IT BUT NOTHING HAPPENED. THEN THEY LAID ME OFF AND HIRED 2 WHITE AMERICAN YOUNGER GUYS TO REPLACE ME. PLEASE SEE COMPLAINT DOCUMENTS TO EEOC WHOM WASN'T ABLE TO REACH A DECISION AND ASKED TO FILE CLAIM WITH FEDERAL COURT. ATTACHED EEOC DOCUMENTS (5 PARTS).

(If you need more space, or wish to include any further information for consideracion, please attach additional sheets.)

I seek the following relief:

1) PAYMENT OF EXTRA SALARY FOR ADDED MANAGER POSITION RESPONSABILITIES SINCE SEPTEMBER 2019 THRU APRIL 2020.

2) MAXIMUM MONETARY COMPENSATION ALLOWED BY LAW FOR RACE AND AGE DISCRIMINATION, HARRASEMENT AND ABUSES PLUS SUFFERING AND ECONOMICAL HARDSHIP CAUSED TO ME AND FAMILY.

3) HIGHEST PENALTY FOR DISCRIMINATION SO THEY STOP.

2/3/22
DATE

[signature]
SIGNATURE OF PLAINTIFF

JOAQUIN SUAREZ
309 FOXWOOD LN
WILMINGTON, NC 28409
(910) 262-3485

ADDRESS AND PHONE NUMBER OF PLAINTIFF