IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-21-D

JOAQUIN SUAREZ,

    Plaintiff,

v.

SOUTHERN CARLSON, INC.,

    Defendant.

**ORDER**

This matter is before the court on defendant's consent motion to seal [D.E. 30] that seeks the sealing of Docket Entry No. 29 and the attachments thereto. Upon consideration of the consent motion to seal and the entire record herein, and for good cause shown for the reasons stated in the motion, defendant's consent motion to seal [D.E. 30] is GRANTED.

IT IS THEREFORE ORDERED that Docket Entry No. 29, including all attachments, be permanently FILED UNDER SEAL, until otherwise directed by the court.

SO ORDERED, this 12th day of September, 2022.

                                                Brian S. Meyers
                                                United States Magistrate Judge