UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOAQUIN SUAREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> SOUTHERN CARLSON, INC., ) <br> ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:22-CV-21-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS IN PART and DENIES IN PART defendant's motion to strike plaintiff's statement of material facts [D.E. 52], GRANTS IN PART and DENIES IN PART defendant's motion to strike plaintiff's appendix [D.E. 54], and GRANTS defendant's motion for summary judgment [D.E. 42].

**This Judgment Filed and Entered on October 27, 2023, and Copies To:**

Joaquin Suarez       (via US Mail to 309 Foxwood Ln, Wilmington, NC 28409)

Edward S. Schenk      (via CM/ECF electronic notification)

Margaret C. Hershiser  (via CM/ECF electronic notification)

Patrice D. Ott       (via CM/ECF electronic notification)


DATE: October 27, 2023              PETER A. MOORE, JR., CLERK

                        (By)  /s/ Stephanie Mann
                        Deputy Clerk