UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOAQUIN SUAREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 7:22-CV-21-D** |
| | ) | |
| SOUTHERN CARLSON, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendant's motion for bill of costs [DE-59] is GRANTED in part. Costs in the amount of $563.45 are taxed against plaintiff.

**This Judgment Filed and Entered on January 5, 2024, and Copies To:**

| | |
|---|---|
| Joaquin Suarez | (via US Mail to 309 Foxwood Ln., Wilmington, NC 28409) |
| Edward S. Schenk | (via CM/ECF electronic notification) |
| Margaret C. Hershiser | (via CM/ECF electronic notification) |
| Patrice D. Ott | (via CM/ECF electronic notification) |

DATE: January 5, 2024         PETER A. MOORE, JR., CLERK

(By) /s/ Stephanie Mann
Deputy Clerk